UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BETTY BENNETT; MARGARET BLOW;            :
CONNIE BYRNE; LADEANA COOK; SUE          :
DILLEY; DONNA DOIRON; JOAN DUFF;         :
BARBARA DUFFY; ANGELA DUNCAN;            :
BRENDA FREEMAN; GAIL FRICKER;            :
ELIZABETH HUFFER; SADIE IVORY;           :
ROBBIE JONES; BARBARA KLINE; SYLVIA      :
WILSON; NANCY WISE; JACQUELINE           :
WITHROW; MATTIE WITT; TONI WRIGHT,       :
                                         :
       Plaintiffs,                       :   Civil Action
v.                                       :   No. 04-11208-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
       Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 24, 2004                    Respectfully submitted,
       Boston, Massachusetts

                                        /s/Matthew J. Matule
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
Of Counsel:                               MEAGHER & FLOM LLP
Barbara Wrubel                          One Beacon Street
Katherine Armstrong                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                   (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                        Boehringer Ingelheim Pharmaceuticals, Inc.