UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BETTY BENNETT; MARGARET BLOW; :
CONNIE BYRNE; LADEANA COOK; SUE :
DILLEY; DONNA DOIRON; JOAN DUFF; :
BARBARA DUFFY; ANGELA DUNCAN; :
BRENDA FREEMAN; GAIL FRICKER; :
ELIZABETH HUFFER; SADIE IVORY; :
ROBBIE JONES; BARBARA KLINE; SYLVIA :
WILSON; NANCY WISE; JACQUELINE :
WITHROW; MATTIE WITT; TONI WRIGHT, :
:
    Plaintiffs, : Civil Action
v. : No. 04-11208-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
:
    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 15, 2004
     Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Indevus Pharmaceuticals, Inc.